IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

- - - - - - - -

| | |
|---|---|
| NULOGY CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MENASHA PACKAGING COMPANY, LLC, )<br>MENASHA CORPORATION, DELOITTE LLP )<br>and DELOITTE CONSULTING LLP )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:21-cv-01164<br><br>Judge Mary M. Rowland<br><br><br>NOTICE OF APPEAL |

**NOTICE OF APPEAL - PLAINTIFF NULOGY CORPORATION**

Plaintiff Nulogy Corporation appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on March 10, 2022 (Dkt # 51), inclusive of the Memorandum Opinion and Order entered on March 10, 2022 (Dkt # 50).

Dated: April 7, 2022          /s/ Terence J. Linn
                              Terence J. Linn
                              Karl T. Ondersma
                              Gardner, Linn, Burkhart & Ondersma LLP
                              2900 Charlevoix Drive SE, Suite 300
                              Grand Rapids, Michigan 49546
                              (616) 975-5500
                              linn@gardner-linn.com
                              ondersma@gardner-linn.com
                              Attorneys for Plaintiff Nulogy Corporation

                              Gregory P. Casimer
                              IARDC # 6257750
                              Thorelli & Associates
                              Three First National Plaza
                              70 West Madison Street, Suite 5750
                              Chicago, Illinois 60602
                              (312) 357-0300
                              greg@thorelli.com
                              Attorneys for Plaintiff Nulogy Corporation